674

In the Matter of DAVID A. FAY, Appellant, against WILLIAM P. O'BRIEN, as Police Commissioner of the City of New York and Chairman of the Board of Trustees of the Police Pension Fund of the City of New York, et al., Respondents.

Submitted January 9, 1950; decided February 23, 1950.

*John P. McGrath, Corporation Counsel (Stanley Buchsbaum of counsel), for motion.*

*David A. Fay,* in person, opposed.

Motion denied, without prejudice to a renewal thereof upon the oral argument.